850

No. 79–6554. LOPEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6555. CLOUDY v. REARDON. C. A. 7th Cir. Certiorari denied.

No. 79–6556. CRAWFORD v. EGELER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79–6557. PHIPPS v. ROGERS, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 79–6559. BERRY v. ROBINSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–6560. GOW v. COUNTY OF DADE. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 79–6561. LONG v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 79–6562. KULWIEC v. AIR LINE PILOTS ASSN. C. A. 2d Cir. Certiorari denied.

No. 79–6563. DAIGLE v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 79–6564. LARD v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 79–6565. PHILLIPS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 79–6566. FELTON v. HARRIS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–6568. SCOTT v. WARDEN, MARYLAND PENITENTIARY. Ct. Sp. App. Md. Certiorari denied.